| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-2(c) 2004-0817** |
| Nathan Van Embden, Esquire<br>21 E. Main Street<br>PO Box 428<br>Millville, New Jersey 08332<br>856-327-4220<br>Attorney ID # NV2911 |

In Re:  Jane L. Gravel
                Debtor(s)

Case No.: *17-35201*

Judge: JNP

Chapter: 13

# DEBTOR'S CERTIFICATION IN OPPOSITION TO
☑  **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**
☐  **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following:

1.  ☑ Motion for Relief from the Automatic Stay filed by creditor **Toyota Lease Trust .**  A hearing has been scheduled for **March 19, 2019 at 10 am.**

**OR**

2 ☐  Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____

3.  ☐  Certification of Default filed by creditor, _____.

I am requesting a hearing be scheduled on this matter.

2. ☐ Certification of Default filed by Standing Chapter 13 Trustee.

I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons:

☐ Payments have been made in the amount of $_____$, but have not been accounted for.  Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows:

☒ Other: **My account is current. I am respectfully requesting that this motion be withdrawn.**

3. This certification is being made in an effort to resolve the issues raised by the creditor in its certification.

I certify under penalty of perjury that the foregoing is true and correct.

Date: March 13, 2019              /s/ Jane L. Gravel
                                   Jane L. Gravel, Debtor