UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c) 2004-0817**

Nathan Van Embden, Esquire
21 E. Main Street
PO Box 428
Millville, New Jersey 08332
856-327-4220
Attorney ID # NV2911

In Re:  Jane L. Gavel

                    Debtor(s)

Case No.:  *17-35201*

Judge: JNP

Chapter: 13

## DEBTOR'S CERTIFICATION IN OPPOSITION TO

☐  **CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

☑  **TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT**

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following:

1.  ☐ Motion for Relief from the Automatic Stay filed by creditor _____. A hearing has been scheduled for _____ **at 10 am.**

### OR

2 ☐  Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for _____

3.  ☐  Certification of Default filed by creditor, _____.

I am requesting a hearing be scheduled on this matter.

2.  ☑  Certification of Default filed by Standing Chapter 13 Trustee.

I am requesting a hearing be scheduled on this matter.

I am objecting to the above for the following reasons:

☐ Payments have been made in the amount of $_____, but have not been accounted for.  Documentation in support is attached hereto.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows:

☑ Other: I have the ability to cure the arrears prior to the hearing.

3.  This certification is being made in an effort to resolve the issues raised by the creditor in its certification.

I certify under penalty of perjury that the foregoing is true and correct.

Date: _November 7, 2019_____          /s/ Jane L. Gavel
                                      Jane L. Gavel, Debtor