Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−35201−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jane L Gravel
    202 W. Main Street
    Millville, NJ 08332
Social Security No.:
    xxx−xx−0555
Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐    Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐    Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑    Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐    Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐    Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐    An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐   An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: May 11, 2021
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:

Jane L Gravel

    Debtor

Case No. 17-35201-JNP

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1

Date Rcvd: May 11, 2021

User: admin

Form ID: cscnodsc

Page 1 of 3

Total Noticed: 31

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|------------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 13, 2021:**

| Recip ID | | Recipient Name and Address |
|----------|---|----------------------------|
| db | + | Jane L Gravel, 202 W. Main Street, Millville, NJ 08332-4318 |
| 517230428 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 517326243 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517230430 | | Boscov's, PO Box 71106, Charlotte, NC 28272-1106 |
| 517328461 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517230435 | + | First Premier Bank, 601 S. Minnesota Ave., Sioux Falls, SD 57104-4868 |
| 517280592 | + | Richard J. Tracy, Ill, Esq., 30 Montgomery Street, Suite 1205, Jersey City NJ 07302-3835 |
| 517279474 | + | TD Bank, N.A., Payment Processing, PO Box, 16029, Lewiston, ME 04243-9507 |
| 517230442 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit, 4 Gatehall Dr. Ste. 35, Parsippany, NJ 07054 |
| 517247600 | + | Toyota Lease Trust, c/o Toyota Motor Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 518673828 | | Toyota Lease Trust, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|----------|---|----------------------------|-----------|----------------------------|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 11 2021 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 11 2021 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517230429 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:13:31 | Best Buy Credit Services, PO Box 790441, Saint Louis, MO 63179-0441 |
| 517230431 | | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:13:17 | Care Credit/Synchrony Bank, PO Box 965035, Orlando, FL 32896-5035 |
| 517230433 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:11:56 | Citi, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 517230434 | | Email/PDF: creditonebknotifications@resurgent.com | May 11 2021 21:12:37 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517230440 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:13:32 | Macy's, 9111 Duke Blvd., Mason, OH 45040 |
| 517323835 | | Email/Text: bnc-quantum@quantum3group.com | May 11 2021 20:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517230436 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 11 2021 21:13:29 | Goodyear Credit Plan, PO Box 6403, Sioux Falls, SD 57117-6403 |
| 517230437 | | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:12:30 | JC Penney, PO Box 965009, Orlando, FL 32896-5009 |
| 517230432 | | Email/PDF: ais.chase.ebn@americaninfosource.com | May 11 2021 21:12:34 | Chase, PO Box 15123, Wilmington, DE 19850-5123 |

District/off: 0312-1 | User: admin | Page 2 of 3
Date Rcvd: May 11, 2021 | Form ID: cscnodsc | Total Noticed: 31

| | | | |
|---|---|---|---|
| 517230438 | Email/Text: PBNCNotifications@peritusservices.com | May 11 2021 20:43:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 517344183 | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 21:11:58 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517343019 | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 21:12:45 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517230439 | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:12:30 | Lowes/Synchrony Bank, Attn.:Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 517271922 | + Email/Text: JCAP_BNC_Notices@jcap.com | May 11 2021 20:45:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 517340392 | + Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:11:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 517232618 | + Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:13:17 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517230441 | Email/Text: bankruptcy@td.com | May 11 2021 20:44:00 | TD Bank, PO Box 84037, Columbus, GA 31908-4037 |
| 517230443 | Email/PDF: gecsedi@recoverycorp.com | May 11 2021 21:11:43 | Walmart/Synchrony Bank, Attn.:Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 13, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

Nathan Van Embden

on behalf of Debtor Jane L Gravel nve@nvanembden.com  lstyles@nvanembden.com

Rebecca Ann Solarz

on behalf of Creditor Toyota Lease Trust rsolarz@kmllawgroup.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6